UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

        Plaintiff,

v.                                             Case No. 17-CR-23

KWESEN SANDERS,

        Defendant.

## ORDER GRANTING MOTION FOR ORDER OF FORFEITURE AND JUDGMENT (DKT. 36)

On March 14, 2018, the government filed a motion asking the court to enter a final order of forfeiture under 18 U.S.C. §924(d) and 28 U.S.C. §2461(c). Dkt. No. 36. The court has considered the motion, as well as the affidavit of Assistant United States Attorney Margaret B. Honrath. Dkt. No. 37. The court is satisfied that the government has complied with the requirements of 18 U.S.C. §924(d) and 28 U.S.C. §2461(c).

The court **ORDERS** that, under 18 U.S.C. §924(d) and 28 U.S.C. §2461(c), the United States of America has clear title to the Glock 43, 9mm

semi-automatic pistol bearing serial number ZBX088, loaded with seven 9mm cartridges, and may dispose of the property according to law.

Dated in Milwaukee, Wisconsin this 15th day of March, 2018.

BY THE COURT:

_____
**HON. PAMELA PEPPER**
**United States District Judge**